Opinion issued January 28, 2010









In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00959-CR






JEFFERY EUGENE HARRIS, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 1228572






MEMORANDUM OPINION

 On December 29, 2009, appellant Jeffery Eugene Harris filed a motion to
dismiss the above-referenced appeal. The motion complies with Texas Rule of
Appellate Procedure 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted, and the
appeal is dismissed.


PER CURIAM

Panel consists of Justices Keyes, Sharp, and Massengale.

Do not publish. Tex. R. App. P. 47.2(b).